UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CR416-003 |
| RICHARD HEINITZ, | ) | |
| Defendant. | ) | |

## O R D E R

Application for leave of absence has been requested by Carlton R. Bourne, Jr. for the period of Friday, February 3, 2017 through and including Friday, February 10, 2017.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for hearing or trial during such leave.

SO ORDERED this __10th__ day of January, 2017.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA