# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORIGA
# SAVANNAH DIVISION

| United States of America, | Criminal Docket No.: |
|---|---|
| vs. | |
| Richard Craig Heinitz, Defendant | 4:16-cr-00003 |

## ORDER RETURNING and RELEASING APPERANCE BOND and REQUIRING CANCELLATION of DEED to SECURE DEBT

RICHARD GUSTAVE HEINITZ ("Movant"), by and through counsel has moved this Court for the release of the Appearance Bond that was posted by Movant for the above-styled Defendant in accordance with *18 U.S.C.A. § 3142*. Having reviewed the Motion and the record of this case, the Court finds that justice requires that Movant's property be released and returned. Given that the Court finds that good cause exists to grant said Motion, accordingly,

**IT IS ORDERED** that Movant's Motion is GRANTED, and the forfeiture in the above-styled matter is set aside and the Appearance Bond is to be returned.

**IT IS FURTHER ORDERED** that the Clerk is directed to execute and cause to be recorded whatever documents are necessary to cancel that certain Deed to Secure Debt (hereinafter "DSD") in favor of the United States of America recorded

ORDER - Motion Return Bond Cancel DSD
United States of America vs. Richard Craig Heinitz
Court Case # 4:16-cr-0003

Page 1 of 2

in Effingham County Superior Court Clerk's Real Property Records at Book 2328, Pages 70-78.

ORDERED, this day, April 30, 2019.

_____
Honorable Lisa Godbey Wood
United States District Court
Southern District of Georgia

Prepared and submitted by:

*CJ Steinmetz III*

CHRISTIAN J. STEINMETZ III
Georgia Bar No. 278260
GANNAM, GNANN & STEINMETZ LLC
Post Office Box 10085
Savannah, Georgia 31412-0285
Tel:    912.232.1192
Email:  cjs@ggsattorneys.com
ATTORNEYS FOR MOVANT

ORDER - Motion Return Bond Cancel DSD
United States of America vs. Richard Craig Heinitz
Court Case # 4:16-cr-0003

Page 2 of 2